UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OHENE BOAKYE-YIADOM,

    Plaintiff,

    v.

KILOLO KIJAKAZI, et al.,

    Defendants.

Case No. 23-cv-02977-TLT

ORDER TO SHOW CAUSE

    Plaintiff commenced this social security action on June 16, 2023, requesting that the Court review the Administrative Law Judge's denial of his request for an award of past-due SSI payments dating from 1996 to 2010. (Dkt. No. 1.) On June 16, 2023, the court issued a scheduling order requiring Plaintiff to file a motion for summary judgment or for remand within 28 days of being served with Defendant's answer. (Procedural Order Docket No. 4.) The answer and administrative record were filed on September 14, 2023 (Dkt. No. 9). Plaintiff's motion for summary judgment or motion for remand was filed on October 11, 2023, along with Exhibits Judicial Notice filed on October 13, 2023.

    The Defendant requested an extension of time and responses were due by December 12, 2023. (Dkt. Nos. 13, 16)  The Defendant filed a Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgement on December 12, 2023.  (Dkt. No. 16).

    On January 2, 2024, the Court granted Plaintiff's request for an extension to respond Defendant's cross motion.  (Dkt. Nos. 17, 18).  The Court also advised Plaintiff that assistance may be available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. Once again, the Help Center does not see people on a drop-in basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at

https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

Although the applicable deadlines have long passed, Plaintiff has not filed sought any additional relief from the deadline nor has a response been filed.  It should be noted that three (3) months have passed since the Court granted relief.

Accordingly, IT IS HEREBY ORDERED that, by **no later than April 12, 2024.**

1. Plaintiff's counsel shall show cause why this case should not be dismissed for failure to comply with the deadline to file a response or seek relief from the procedural order deadline, and why sanctions in the amount of $250 should not be imposed.

**2.** Plaintiff shall file a response **no later than April 12, 2024 .**

Failure to file both documents may result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: April 8, 2024

_____
TRINA L. THOMPSON
United States District Judge